**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **MICHAEL CHANCE GRIGSBY, JR. and TESSA RENAE GRIGSBY,** | ) | |
| **Plaintiffs,** | ) | |
| **-vs-** | ) | **Case No. CIV-25-399-R** |
| **HOMESITE INDEMNITY COMPANY,** | ) | |
| **Defendant.** | ) | |

## NOTICE OF STATUS CONFERENCE

The above styled case is hereby set for a Status Conference on October 16, 2026, to begin at 10:00am in chambers.

By Order of the Court,
Joan Kane, Clerk
By: s/Taylor Beams
Deputy Clerk